**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01452-CR

### EX PARTE GERARDO AVELLA YANEZ

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX15-90005-S**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying him the relief sought by his article 11.072 application for writ of habeas corpus. This is an accelerated criminal appeal. *See* TEX. R. APP. P. 31.

We **ORDER** the trial court to prepare and file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County District Clerk to file, by **DECEMBER 16, 2015**, a clerk's record containing all of the documents related to the article 11.072 habeas corpus proceeding, including the trial court's written order ruling on the application. No extensions will be granted.

We **ORDER** Patricia Holt, official court reporter of the 282nd Judicial District Court to file, by **DECEMBER 16, 2015**, either (1) the reporter's record of the hearing on appellant's

application for writ of habeas corpus, including all exhibits admitted during the hearing, or (2) written verification that no hearing was recorded. No extensions will be granted.

We **ORDER** appellant to file his brief by **JANUARY 4, 2016**. We **ORDER** the State to file its brief by **JANUARY 22, 2016**. If any party does not file its brief, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

After the record and all briefs have been filed, or the time for filing the briefs has passed, the Court will notify the parties of the date the appeal will be submitted without oral argument.

/s/     LANA MYERS
             JUSTICE